■ ANNA CZEBINIAK, Respondent, v. PAWEL WOLOSZYN et al., Appellants. — Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Equity Term for plaintiff in an action to establish an easement in a driveway.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ DOROTHY WALAWENDER, as Administratrix of the Estate of FRANK WALAWENDER, Deceased, Plaintiff, v. ALLEGHENY-LUDLUM STEEL CORPORATION, Defendant and Third-Party Plaintiff-Appellant. JOHN J. AMICO, Third-Party Defendant-Respondent.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order of Chautauqua Special Term dismissing defendant's third-party complaint on motion by the third-party defendant.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of DOMENIC G. MARIANETTI et al., Appellants, against ZONING BOARD OF APPEALS OF THE CITY OF ROCHESTER et al., Respondents, and BRIGHTON PLACE SEALTEST DAIRY, INC., et al., Intervenors-Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams and Goldman, JJ. [See ante, p. 751.]

■ In the Matter of DOMINIC TAVANO et al., Appellants, against GLADYS L. HITCHCOCK, as Treasurer of the County of Wayne, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams and Bastow, JJ. [See ante, p. 752.]

■ LIZZIE HUDSON, as Administratrix of the Estate of GERTRUDE HUDSON, Deceased, Respondent, v. COUNTY OF ONONDAGA, Appellant.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams and Goldman, JJ. [See ante, p. 759.]

■ STANLEY EVANS, as Administrator of the Estate of BERT LEACH, Deceased, Plaintiff, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY et al., Defendants.— Appeals dismissed, without costs, upon stipulation.

■ JAMES CUNLIFFE et al., Appellants, v. AMERICAN AIRLINES, INC., et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ DONALD MACDONALD, Appellant, v. PACKARD MOTOR CAR COMPANY et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

■ BALDWINSVILLE FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant, v. BURNS FARMS, INC., et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY McCLURE, Appellant.— Motion granted and appeal dismissed.